# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO ESCOBEDO,<br><br>    Petitioner,<br><br>  v.<br><br>DEAN BORDERS, Acting Warden,<br><br>    Respondent. | Case No. SACV 16-186-JAK (SHK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: September 5, 2017

                 _____
                 HONORABLE JOHN A. KRONSTADT
                 United States District Judge