JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO ESCOBEDO,<br><br>                Petitioner,<br><br>        v.<br><br>DEAN BORDERS, Acting Warden,<br><br>                Respondent. | Case No. SACV 16-186-JAK (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: September 5, 2017

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge